IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY HENRY, JR.                                                                                            PLAINTIFF

VS.                                      4:13CV00075 JMM

BARRY SIMMS, HAYLIE LOTT,
DR. BROWN and PULASKI
COUNTY REGIONAL DETENTION FACILITY                                      DEFENDANTS

## ORDER

Plaintiff, Roy Henry filed this action pro se on February 19, 2013. On February 28, 2013, the Court entered an Order giving Plaintiff thirty days to file an amended complaint clearly stating the following: (1) the residence of the plaintiff and each defendant named in Plaintiff's complaint; (2) specific facts identifying the individuals involved in violating Plaintiff's civil rights and the manner in which his rights were violated; and (3) the specific damages claimed. The Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of his case. Further, the Court entered an order on March 1, 2013 advising the Plaintiff of his responsibility to be familiar and comply with the Federal Rules of Civil Procedure as well as the Local Rules.

As of the date of this Order of Dismissal, Plaintiff has not complied with the February 28, 2013 Order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1.     Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's February 28, 2013 Order.

IT IS SO ORDERED this 1st day of April, 2013.

_____
James M. Moody
United States District Judge