# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROY HENRY, JR.**                                                             **PLAINTIFF**

**VS.**                         **4:13CV00075 JMM**

**BARRY SIMMS, HAYLIE LOTT,**
**DR. BROWN and PULASKI**
**COUNTY REGIONAL DETENTION FACILITY**         **DEFENDANTS**

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE.

DATED this 1st day of April, 2013.

_____
James M. Moody
United States District Judge