IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY HENRY, JR.                                                                                                PLAINTIFF

v.                                            NO. 4:13CV00075 JM

BARRY SIMMS, HAYLIE LOTT, DR. BROWN, DOC HOLIDAY,                       DEFENDANTS
PULASKI COUNTY REGIONAL DETENTION FACILITY, and
CARL L. JOHNSON

ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Plaintiff did not provide any additional evidence in his objections to create a genuine issue of material fact in his case. The motion for summary judgment filed by defendants Pulaski County Regional Detention Facility and Doc Holiday and the motion for summary judgment filed by defendant Carl L. Johnson are granted. See Documents 73 and 77. The complaint filed by plaintiff Roy Henry, Jr., is dismissed, and judgment will be entered for all of the

defendants.

    IT IS SO ORDERED this <u>24th</u> day of <u>September</u>, 2014.

_____
UNITED STATES DISTRICT JUDGE